IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Howard Liebman** | ) | No. 14 B 17400 |
| **Donna Liebman** | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:    See Attached List

    I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on January 19, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                    BY:/s/ Joseph E. Cohen
                                                                                                 One of His Attorney

Service List:

IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA   19101-7346

BMO Harris Bank, NA
c/o Becket & Lee, LLP
P.O. Bo x 3001
Malvern, PA   19355-0701

PYOD, LLC its successors and assigns as assignee
Of Citibank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664-0338

Rivershire Homeowner Assoc, II
c/o MK Asset Mgmt, LLC
One Rivershire Lane
Lincolnshire, IL   60069

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

David Siegel
davidsiegellaw@hotmail.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov