# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LIEBMAN, HOWARD B. | § | Case No. 14-17400 |
| LIEBMAN, DONNA M. | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 436,175.00                     Assets Exempt: 35,550.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 62,035.95       Claims Discharged
                                                  Without Payment: 158,134.23

Total Expenses of Administration: 12,964.05

---

3) Total gross receipts of $ 75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 75,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 584,807.00 | $ 7,218.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,964.05 | 12,964.05 | 12,964.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 33,200.00 | 19,960.27 | 19,960.27 | 19,960.27 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 223,092.00 | 99,660.91 | 99,660.91 | 42,075.68 |
| **TOTAL DISBURSEMENTS** | $ 841,099.00 | $ 139,803.23 | $ 132,585.23 | $ 75,000.00 |

4) This case was originally filed under chapter 7 on 05/08/2014 . The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/26/2017            By:/s/JOSEPH E. COHEN
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family Home 2540 Xavier Street Denver, CO 8 | 1110-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 75,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABN-AMRO Mortgage PO Box 9438 Gaithersburg, MD 20898-9438 | | 394,133.00 | NA | NA | 0.00 |
| | Americas Servicing Co 8480 Stagecoach Circle Frederick, MD 21701 | | 166,021.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm Fncl Svcs F Attention: Bankruptcy Po Box 2328 Bloomington, IL 61702 | | 24,653.00 | NA | NA | 0.00 |
| 000005 | RIVERSHIRE HOMEOWNER ASSOCIATION II | 4120-000 | NA | 7,218.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 584,807.00 | $ 7,218.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 8.73 | 8.73 | 8.73 |
| ASSOCIATED BANK | 2600-000 | NA | 744.93 | 744.93 | 744.93 |
| COHEN & KROL | 3110-000 | NA | 5,087.75 | 5,087.75 | 5,210.39 |
| COHEN & KROL | 3120-000 | NA | 122.64 | 122.64 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,964.05 | $ 12,964.05 | $ 12,964.05 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 3,200.00 | 2,591.48 | 2,591.48 | 2,591.48 |
| 000001A | IRS | 5800-000 | 30,000.00 | 17,368.79 | 17,368.79 | 17,368.79 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 33,200.00 | $ 19,960.27 | $ 19,960.27 | $ 19,960.27 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aramark Uniform Services 4200 S. Halsted Street Chicago, IL 60609 | | 98.00 | NA | NA | 0.00 |
| | Around the Clock Answering Service PO Box 58659 Cincinnati, OH 45258 | | 544.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Dental Arts Laboratory 241 NE Perry Ave Peoria, IL 61603 | | 13,997.00 | NA | NA | 0.00 |
| | Dental Health Products, Inc. 2614 N Sugar Bush Road New Franken, WI 54229-0176 | | 6,176.00 | NA | NA | 0.00 |
| | Diners Club 183 Inverness Drive W Englewood, CO 80112 | | 301.00 | NA | NA | 0.00 |
| | Future Dontics 887 Princeton Drive Clermont, FL 34711 | | 5,000.00 | NA | NA | 0.00 |
| | Gateway Financial Solutions PO Box 3257 Saginaw, MI 48605 | | 4,843.00 | NA | NA | 0.00 |
| | Illinois State Dental Society PO Box 376 Springfield, IL 62705 | | 1,023.00 | NA | NA | 0.00 |
| | Imperial Realty Company 8526-N Golf Road Niles, IL 60714 | | 6,247.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Keller Dental Laboratories PO Box 790051 Fenton, MO 63026 | | 311.00 | NA | NA | 0.00 |
| | Lincoln Automotive Fin Po Box 542000 Omaha, NE 68154 | | 5,883.00 | NA | NA | 0.00 |
| | Lincoln Automotive Fin Po Box 542000 Omaha, NE 68154 | | 657.00 | NA | NA | 0.00 |
| | Mb Financial Bank 6111 N River Rd Rosemont, IL 60018 | | 39,093.00 | NA | NA | 0.00 |
| | Mowery & Schenfield 475 Half Day Road Suite 250 Northbrook, IL 60062 | | 3,260.00 | NA | NA | 0.00 |
| | Proctor & Gamble 24808 Network Place Chicago, IL 60673 | | 31.00 | NA | NA | 0.00 |
| | Quill PO Box 37600 Philadelphia, PA 19101-0060 | | 39.00 | NA | NA | 0.00 |
| | Stericycle, Inc. 4010 Commercial Ave Northbrook, IL 60062 | | 88.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Swedish Covenant Hospital 135 S. LaSalle St., Dept. 3732 Chicago, IL 60603 | | 12,958.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 24,352.00 | 24,352.70 | 24,352.70 | 10,281.43 |
| 000007 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 19,550.00 | 19,550.91 | 19,550.91 | 8,254.17 |
| 000002 | BMO HARRIS BANK, NA | 7100-000 | 47,300.00 | 20,386.43 | 20,386.43 | 8,606.91 |
| 000004 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 386.30 | 386.30 | 163.09 |
| 000001 | IRS | 7100-000 | NA | 3,216.98 | 3,216.98 | 1,358.17 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 31,341.00 | 31,767.59 | 31,767.59 | 13,411.91 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 223,092.00 | $ 99,660.91 | $ 99,660.91 | $ 42,075.68 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-17400 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | LIEBMAN, HOWARD B. | | | Date Filed (f) or Converted (c): | 05/08/14 (f) |
| | LIEBMAN, DONNA M. | | | 341(a) Meeting Date: | 06/06/14 |
| For Period Ending: | 04/26/17 | | | Claims Bar Date: | 08/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 314 Rivershire Court Lincolnshi | 450,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Single Family Home 2540 Xavier Street Denver, CO 8 | 270,000.00 | 0.00 | | 75,000.00 | FA |
| 3. Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
|    Checking Account MB Financial Bank | | | | | |
| 4. Financial Accounts | 50.00 | 0.00 | | 0.00 | FA |
|    Savings Account US Bank | | | | | |
| 5. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
|    TV & Furniture | | | | | |
| 6. Books / Collectibles | 500.00 | 0.00 | | 0.00 | FA |
|    Antiques and Valuable Collections | | | | | |
| 7. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
|    Normal Apparel | | | | | |
| 8. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
|    Term Life Insurance Policies Death Benefit Only | | | | | |
| 9. Stock | 0.00 | 0.00 | | 0.00 | FA |
|    Interest in Business | | | | | |
| 10. Vehicles | 16,100.00 | 0.00 | | 0.00 | FA |
|    2012 Lincoln MKZ Lincoln Financial Lease Auto To Be Surrenderdd | | | | | |
| 11. Vehicles | 2,475.00 | 0.00 | | 0.00 | FA |
|    2002 Nissan Altima | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $741,725.00 | $0.00 | | $75,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 14-17400   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LIEBMAN, HOWARD B. | Date Filed (f) or Converted (c): | 05/08/14 (f) |
| | LIEBMAN, DONNA M. | 341(a) Meeting Date: | 06/06/14 |
| | | Claims Bar Date: | 08/20/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SUBMITTED TFR TO US TEE FOR REVIEW - 1/11/17.
TRUSTEE FILED MOTION TO DETERMINE VALUE OF CLAIM #5 AND ABANDON
REAL ESTATE; MOTIONS SET FOR 1/6/17; TFR TO FOLLOW December 22, 2016, 12:51 pm
FUNDS RECEIVED; TRUSTEE TO REVIEW CLAIMS AND PREPARE TFR - July 20, 2016
TRUSTEE PREPARED MOTION TO SELL PROPERTY IN COLORADO - April 6, 2016, 03:05 pm
TRUSTEE NEGOTIATING WITH DEBTOR TO PURCHASE COLORADO PROPERTY - 01/20/16. DEBTOR WANTS TO MAKE OFFER TO KEEP PROPERTY IN
COLORADO - Oct. 15, 2015. TRUSTEE HAS CONTACTED BROKER WHO IS APPRAISING THE PROPERTY - July 30, 2015. TRUSTEE IS
INVESTIGATING VALUE OF COLORADO RESIDENCE - April 30, 2015.  TRUSTEE TO FILE MOTION FOR TURNOVER OF REFUND - Jan. 18,
2015.  TRUSTEE HAS REQUESTED CLOSING STATEMENT FOR SALE OF PROPERTY AND COPY OF 2013 TAX RETURN - June 26, 2014.
INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/16          Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-17400 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LIEBMAN, HOWARD B. | Bank Name: | ASSOCIATED BANK |
|  | LIEBMAN, DONNA M. | Account Number / CD #: | *******6462 Checking Account (Non-Interest Earn) |
| Taxpayer ID No: | *******3885 | | |
| For Period Ending: | 04/26/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/07/16 | 2 | Howard Liebman | SAle of Inerest in Real Property | 1110-000 | 75,000.00 | | 75,000.00 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 86.30 | 74,913.70 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.37 | 74,802.33 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.20 | 74,691.13 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.47 | 74,583.66 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.88 | 74,472.78 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.15 | 74,365.63 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.56 | 74,255.07 |
| 02/24/17 | 300001 | JOSEPH E. COHEN, Trustee 105 W. Madison, Ste 1100 Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000% | | | 7,008.73 | 67,246.34 |
| | | | Fees           7,000.00 | 2100-000 | | | |
| | | | Expenses           8.73 | 2200-000 | | | |
| * 02/24/17 | 300002 | COHEN & KROL, Attorneys 105 West Madison Street Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | | | 5,210.39 | 62,035.95 |
| | | | Fees           5,087.75 | 3110-003 | | | |
| | | | Expenses         122.64 | 3120-003 | | | |
| 02/24/17 | 300003 | IRS Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000001A, Payment 100.00000% | 5800-000 | | 17,368.79 | 44,667.16 |
| 02/24/17 | 300004 | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | Claim 000004A, Payment 100.00000% | 5800-000 | | 2,591.48 | 42,075.68 |
| 02/24/17 | 300005 | IRS Internal Revenue Service | Claim 000001, Payment 42.21879% Income tax | 7100-000 | | 1,358.17 | 40,717.51 |

Page Subtotals      75,000.00      34,282.49

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-17400 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LIEBMAN, HOWARD B. | Bank Name: | ASSOCIATED BANK |
| | LIEBMAN, DONNA M. | Account Number / CD #: | *******6462 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3885 | | |
| For Period Ending: | 04/26/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Income tax | | | | |
| 02/24/17 | 300006 | BMO Harris Bank, NA<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 42.21882%<br>(2-1) CREDIT CARD DEBT | 7100-000 | | 8,606.91 | 32,110.60 |
| 02/24/17 | 300007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 42.21885% | 7100-000 | | 13,411.91 | 18,698.69 |
| 02/24/17 | 300008 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Claim 000004, Payment 42.21848% | 7100-000 | | 163.09 | 18,535.60 |
| 02/24/17 | 300009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 42.21885%<br>(6-1) CREDIT CARD DEBT | 7100-000 | | 10,281.43 | 8,254.17 |
| 02/24/17 | 300010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 42.21885%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 8,254.17 | 0.00 |
| * 03/02/17 | 300002 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | | | -5,210.39 | 5,210.39 |
| | | | Fees    (    5,087.75 ) | 3110-003 | | | |
| | | | Expenses    (    122.64 ) | 3120-003 | | | |
| 03/02/17 | 300011 | COHEN & KROL, Attorneys | Attorney fees | 3110-000 | | 3,514.49 | 1,695.90 |

Page Subtotals    0.00    39,021.61

Ver: 19.07a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-17400 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LIEBMAN, HOWARD B. | Bank Name: | ASSOCIATED BANK |
| | LIEBMAN, DONNA M. | Account Number / CD #: | *******6462 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3885 | | |
| For Period Ending: | 04/26/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/02/17 | 300012 | 105 West Madison Street<br>Chicago, IL 60602<br>JOSEPH E. COHEN, Attorney<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Attorney fees | 3110-000 | | 1,695.90 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 75,000.00 | 75,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 75,000.00 | 75,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 75,000.00 | 75,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6462 | 75,000.00 | 75,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 75,000.00 | 75,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    1,695.90

Ver: 19.07a

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*